IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| KENNETH ANTWON LEVERETT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 113-096 |
| ) | |
| RICHARD ROUNDTREE, Sheriff, ) | |
| Richmond County, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's Motion to Expedite is **DENIED AS MOOT**, (doc. no. 3), and this case is **DISMISSED** without prejudice and **CLOSED**.

SO ORDERED this 30th day of July, 2013, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA